**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-cv-61335-MIDDLEBROOKS

GEILER MARTINEZ PONS,

      Petitioner,

v.

WARDEN BROWARD TRANSITIONAL
CENTER,

      Defendants.

_____/

### ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern

District of Florida, this case is hereby referred to United States Magistrate Judge Panayotta

Augustin-Birch for a Report and Recommendation and to take all action required by law on

Petitioner's Writ of Habeas Corpus (DE 1), filed May 4, 2026.

**SIGNED** in Chambers at West Palm Beach, Florida, this 6 day of May, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record