**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-CV-61335-MIDDLEBROOKS/AUGUSTIN-BIRCH**

**GEILER MARTINEZ PONS,**

     **Petitioner,**

**v.**

**WARDEN BROWARD TRANSITIONAL CENTER,** *et al.*,

     **Respondents.**

_____/

**REPORT AND RECOMMENDATION ON**
**PETITIONER'S EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS**

This cause comes before the Court on Petitioner Geiler Martinez Pons' Emergency Petition for Writ of Habeas Corpus. DE 1. The Honorable Donald M. Middlebrooks, United States District Judge, referred the Emergency Petition to the undersigned United States Magistrate Judge to take all action required by law. DE 5. The Court ordered Respondents to show cause why Petitioner's Emergency Petition should not be granted, and Respondents filed a response to the Court's Order to show cause. DE 7. Having carefully considered the briefing and being otherwise fully advised, the Court **RECOMMENDS GRANTING** Petitioner's Emergency Petition [DE 1] and ordering Respondents to either afford Petitioner an individualized bond hearing before an immigration judge within five days or release him.

Through his Emergency Petition, Petitioner requests his immediate release from immigration custody or an individualized bond hearing before an immigration judge within five days. DE 1. Additionally, Petitioner requests an award of reasonable attorney's fees under the Equal Access to Justice Act, 5 U.S.C. § 504 and 28 U.S.C. § 2412. *Id.* Respondents do not dispute that Petitioner is entitled to a bond hearing before an immigration judge. DE 7. In light of the

Eleventh Circuit's opinion in *Hernandez Alvarez v. Warden, Fed. Det. Ctr. Mia.,* No. 25-14065, 2026 WL 1243395 (11th Cir. May 6, 2026), and Respondents' lack of an opposition to Petitioner's requested relief, the Court **RECOMMENDS GRANTING** Petitioner's Emergency Petition [DE 1] and ordering Respondents to either afford Petitioner an individualized bond hearing before an immigration judge within five days or release him. As for Petitioner's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, the Court **RECOMMENDS** permitting Petitioner to move for attorney's fees and costs under the Equal Access to Justice Act if this Report and Recommendation is adopted.

Although a party normally has fourteen days to serve and file written objections to any of the findings and recommendations in a report and recommendation, *see* 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(a), the circumstances of this matter, including Respondents' lack of an opposition to Petitioner's requested relief, warrant a shorter objection period. Within **three (3) days** of being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations. The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1 (2014).

**DONE AND SUBMITTED** in Chambers at Fort Lauderdale, Florida, this 14th day of May, 2026.

_____

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE